### *In re* CITY OF ROCHESTER.

*(Supreme Court, General Term, Fifth Department. April 13, 1892.)*

Application by the city of Rochester to acquire certain water rights.

No opinion. Order appealed from affirmed, with costs, on the opinion of Edward Harris, referee.

---

### TAENDSTICKSFABRIKS AKTIEBOLAGET VULCAN, Respondent, *v.* MYERS, *et al.*, Appellants.

*(Supreme Court, General Term, First Department. June 3, 1892.)*

Argued before VAN BRUNT, P. J., and O'BRIEN and BARRETT, JJ.

*Billings & Cardozo,* (*Michael H. Cardozo,* of counsel,) for appellants. *H. Aplington,* for respondent.

VAN BRUNT, P. J. This action was brought by the plaintiff to obtain an injunction restraining the appellants from infringing upon an alleged trademark of the plaintiff. The case was once tried at the special term, and the complaint dismissed. The judgment thereupon entered was reversed by the general term, and, upon the retrial, the evidence in respect to the plaintiff's trade-mark and the violation thereof was substantially the same, and judgment was thereupon given in favor of the plaintiff; from which judgment this appeal is taken. In view of the previous decision of the general term in this case, (11 N. Y. Supp. 663,) we do not see that there is any question now left open for discussion, as the rights of the plaintiff to the trade-mark, and its infringement, seem to have been adjudicated upon the previous appeal. The judgment should be affirmed, with costs. All concur.

---

### AMERICAN BANK-NOTE CO. *v.* MANHATTAN RY. CO.

*(Supreme Court, General Term, First Department. June 29, 1892.)*

No opinion. Motion denied, with $10 costs. See 18 N. Y. Supp. 935, *mem.*

---

### DYETT, Appellant, *v.* CENTRAL TRUST CO., Respondent.

*(Supreme Court, General Term, First Department. June 29, 1892.)*

Action by George H. Dyett against the Central Trust Company.

No opinion. Motion denied, with $10 costs.

---

### PEOPLE *ex rel.* REY *v.* COURT OF SPECIAL SESSIONS.

*(Supreme Court, General Term, First Department. June 29, 1892.)*

Application for a writ of *certiorari* on relation of Samuel Rey to review the determination of the court of special sessions affirming an order of a police magistrate in abandonment proceedings. Dismissed.

Argued before VAN BRUNT, P. J., and O'BRIEN and PATTERSON, JJ.

*Fromme Bros.,* for appellant. *Louis Hanneman,* (*H. J. Appel, Jr.,* of counsel,) for respondent.

VAN BRUNT, P. J. In view of the decision of this court in *People* v. *Murray,* 16 N. Y. Supp. 325, it does not seem necessary to discuss the points which are presented upon this appeal, as they were all disposed of in that case, and we see no distinction which possibly can be drawn between the case